UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MICHAEL A. PIIPPO. | ) |
| | ) |
| Plaintiff. | ) |
| vs. | ) CASE NO._____ |
| | ) |
| STARWOOD HOTELS & RESORTS | ) |
| WORLDWIDE, LLC d/b/a WESTIN | ) |
| PRINCEVILLE OCEAN RESORT VILLAS. | ) |
| | ) |
| Defendant. | ) **COMPLAINT** |

Plaintiff for his cause of action against Defendant. alleges as follows:

## PARTIES

1. Plaintiff, Michael A. Piippo, (hereinafter referred to as "Plaintiff") is a resident of the State of Illinois.

2. Defendant, Starwood Hotels & Resorts Worldwide. LLC d/b/a Westin Princeville Ocean Resort Villas (hereinafter referred to as "Defendant") is a limited liability company with its principal place of business located in Bethesda, Maryland, where it has been authorized to conduct business at all times relevant hereto.

## JURISDICTION

3. Plaintiff brings this Complaint under federal diversity jurisdiction, 28 U.S.C. 1332, as the parties are completely diverse in citizenship and the amount in controversy exceeds the sum of Seventy Five Thousand Dollars ($75,000.00).

## NATURE OF CASE

4. The nature of this case is a negligence claim by the Plaintiff against the Defendant for injuries the Defendant sustained at the Westin Princeville Ocean Resort.

5. The accident occurred on the Island of Kauai, State of Hawaii, however, the Plaintiff received most of his treatment and care upon his return to the State of Illinois.

## **CAUSE OF ACTION: NEGLIGENCE**

5. At all times material and relevant hereto, the Plaintiff was a customer and guest of the Westin Princeville Ocean Resort, where he was vacationing.

6. On or about March 15, 2015, Plaintiff operated an outdoor gas barbeque grill provided for the Plaintiff's use by the Defendant.

7. As the Plaintiff operated the gas grill, the grill exploded causing the Plaintiff to suffer bodily injuries, including, but not limited to burns and severe injuries to the Plaintiff's face, hands and legs.

8. The explosion was so severe that the Plaintiff was taken by ambulance to the local hospital where he received emergency room treatment.

9. At all times relevant hereto, the Defendant owed the Plaintiff a duty of care to maintain the subject gas grill in a safe operating condition.

10. That at all times relevant hereto, the Defendant breached said duty of care by failing to maintain the gas grill in a safe operating condition in that the grill exploded and caught fire.

11. The Plaintiff suffered severe bodily injury and monetary losses as a result of the gas grill explosion.

12. That the injuries suffered by the Plaintiff were a direct and proximate cause of the Defendant's breach of its duty of care owed to the Plaintiff.

13. The Plaintiff has suffered substantial damages in excess of $75,000.00 as a result of the Defendant's breach of said duty.

WHEREFORE, the Plaintiff demands judgment against the Defendant in an amount in excess of $75,000.00 plus costs, disbursements, reasonable attorney's fees, interest and whatever other relief this Court deems just and equitable.

Dated: March 14, 2017

MICHAEL A. PIIPO, plaintiff
By:

John M. Nelson – one of his attorneys

Peter A. Savitski. Esq. – ARDC #2463741
OFFICE OF PETER A. SAVITSKI
838 North Main Street
Rockford. Illinois 61103
Telephone: 815/963-0370
Fax: 815/963-5297

JOHN M. NELSON – ARDC #2031671
Attorney at Law
1318 E. State Street
Rockford, IL 61104
815.964.8800
jmnconst1318@yahoo.com