UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| MICHAEL A. PIIPPO. | ) |
| Plaintiff. | ) |
| vs. | ) CASE NO. 17-cv-50080 |
| STARWOOD HOTELS & RESORTS WORLDWIDE, LLC d/b/a WESTIN PRINCEVILLE OCEAN RESORT VILLAS. | ) |
| | ) MOTION FOR VOLUNTARY |
| Defendant. | ) DISMISSAL |

NOW COMES the plaintiff, MICHAEL A. PIIPPO, by his attorney, JOHN M. NELSON, and Peter Savitski and pursuant to Federal Rules of Civil Procedure Rule 41(a)(1A)(i), moves to voluntarily dismiss the action contained herein, stating as grounds, therefore, as follows:

1. Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1A)(i), the plaintiff moves to dismiss this cause, defendant, STARWOOD HOTESL & RESORTS WORLDWIDE, LLC d/b/a WESTIN PRINCEVILLE OEAN RESORT VILLAS, have not filed an answer or motion for summary judgment.

2. The matter has been duly settled. Settlement documents are pending.

WHEREFORE, the plaintiff respectfully prays this Court dismiss this cause herein.

MICHAEL A. PIIPO, plaintiff
By:

_____
John M. Nelson –his attorney

JOHN M. NELSON – ARDC #2031671
Attorney at Law
1318 E. State Street
Rockford, IL 61104
815.964.8800
jmnconst1318@yahoo.co